JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STACY L. CHAMNESS,<br><br>            Plaintiff,<br><br>v.<br><br>STONEBRIDGE LIFE INSURANCE COMPANY, VETERANS LIFE INSURANCE COMPANY and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO.  CV 09-780 AHM (JCx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, with each party to bear their own attorneys' fees and costs.

DATED: July 23, 2009

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles